UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WEDDING & EVENT VIDEOGRAPHERS
ASSOCIATION INTERNATIONAL, INC.,

    Plaintiff,

v.                                                CASE NO: 8:05-cv-923-T-23TGW

VIDEOCCASION, INC., et al.,

    Defendants.
_____/

**ORDER**

United States Magistrate Judge Thomas G. Wilson submits a report (Doc. 24) recommending that the Court deny the plaintiff's motion (Doc. 3) for preliminary injunction. The plaintiff objects (Doc. 27) to Judge Wilson's recommendation, and the defendants respond to the objection (Doc. 28). The plaintiff's complaint (Doc. 1) asserts five counts, including trademark infringement, deceptive and unfair business practice, conversion, and claims under chapter 772, Florida Statutes, "Civil Remedies for Criminal Practices Act." The plaintiff seeks (Doc. 3) a preliminary injunction enjoining the defendants from using the mark "Battle of the Videographers." Judge Wilson conducted a hearing on the plaintiff's motion and recommends denial of the motion because the plaintiff fails to demonstrates a substantial likelihood of success on the merits.

After review of the parties' memoranda (Docs. 3, 12, 27, 28) and Judge Wilson's report and recommendation (Doc. 24), the Court finds that the plaintiff establishes no entitlement to a preliminary injunction because the plaintiff fails to demonstrate a likelihood of success on the claim that the mark "Battle of the Videographers" qualifies for trademark protection. Accordingly, the plaintiff's objections (Doc. 27) are **OVERRULED**, and Judge Wilson's recommendation (Doc. 24) is **ADOPTED**. Accordingly, the plaintiff's motion (Doc. 3) for a preliminary injunction is **DENIED**. Further, the plaintiff's motion (Doc. 30) to strike or, in the alternative, to reply is **DENIED**.

ORDERED in Tampa, Florida, on October 22, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: US Magistrate Judge
Courtroom Deputy